United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
James D. Civitello, Jr.  
    Debtor

Case No. 16-14703-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett      Page 1 of 1      Date Rcvd: Jan 11, 2017  
                        Form ID: pdf900    Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2017.
```
db             +James D. Civitello, Jr.,    118 Elderberry Drive,    Levittown, PA 19054-2705
13825417       +U.S. Bank National Association (Trustee for the Pe,    PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, PA 17101-1466
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jan 12 2017 01:52:19     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 12 2017 01:51:47
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 12 2017 01:52:07     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13753751       +E-mail/Text: blegal@phfa.org Jan 12 2017 01:51:59     Pa Housing Finance Age,
                 2101 N. Front Street,    Harrisburg, PA 17110-1086
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13772578*      +Pa Housing Finance Age,    2101 N. Front Street,    Harrisburg, PA 17110-1086
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2017 at the address(es) listed below:
```
              DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. Bank National Association (Trustee for the
               Pennsylvania Finance Agency, pursuant to a Trust indenture dated as of April 1, 1982)
               bkgroup@kmllawgroup.com
              JOHN M. KENNEY    on behalf of Debtor James D. Civitello, Jr. jken330@comcast.net,
               Kathy@jkenneylaw.com
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association as Trustee for The
               Pennsylvania Housing Finance Agency lhaller@pkh.com,    dmaurer@pkh.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

JAMES D. CIVITELLO, JR.                    Chapter 13

              Debtor                    Bankruptcy No. 16-14703-AMC

## ORDER

AND NOW, this _____ day of _____, 201_ having considered the debtor's Chapter 13 Plan, and the Objection of Chapter 13 Standing Trustee to Confirmation of Debtor's Plan, and after a hearing thereon, it is hereby

ORDERED that confirmation of debtor's plan is denied.

BY THE COURT

_____
Ashely M. Chan
BANKRUPTCY JUDGE

cc:
**Debtor's Attorney:**
JOHN M KENNEY
308 N OXFORD VALLEY RD

FAIRLESS HILLS, PA 19030-

**Debtor:**
JAMES D. CIVITELLO, JR.

118 Elderberry Drive

Levittown, PA 19054

**Chapter 13 Standing Trustee:**
William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O., Box 1229
Philadelphia, PA 19105

**U.S. Trustee:**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA 19107