# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 16-14703-AMC

JAMES D. CIVITELLO, JR.

118 Elderberry Drive

Levittown, PA 19054

    Debtor

**CERTIFICATE OF SERVICE**

    **AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JAMES D. CIVITELLO, JR.

    118 Elderberry Drive

    Levittown, PA 19054

**Counsel for debtor(s), by electronic notice only.**
    JOHN M KENNEY
    308 N OXFORD VALLEY RD

    FAIRLESS HILLS, PA 19030-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

    /s/ William C. Miller

Date: 3/30/2017

    _____
    William C. Miller, Esquire
    Chapter 13 Standing Trustee