United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
James D. Civitello, Jr.  
    Debtor

Case No. 16-14703-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Mar 30, 2017  
                    Form ID: 160     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2017.
```
db             +James D. Civitello, Jr.,    118 Elderberry Drive,    Levittown, PA 19054-2705
13825417       +U.S. Bank National Association (Trustee for the Pe,    PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, PA 17101-1466
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13753751       +E-mail/Text: blegal@phfa.org Mar 31 2017 01:37:49      Pa Housing Finance Age,
                 2101 N. Front Street,    Harrisburg, PA 17110-1086
                                                                                               TOTAL: 1
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13772578*      +Pa Housing Finance Age,    2101 N. Front Street,    Harrisburg, PA 17110-1086
                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2017                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2017 at the address(es) listed below:
```
          DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. Bank National Association (Trustee for the
           Pennsylvania Finance Agency, pursuant to a Trust indenture dated as of April 1, 1982)
           bkgroup@kmllawgroup.com
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER philaecf@gmail.com,
           ecfemails@ph13trustee.com
          JOHN M. KENNEY    on behalf of Debtor James D. Civitello, Jr. jken330@comcast.net,
           Kathy@jkenneylaw.com
          LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association as Trustee for The
           Pennsylvania Housing Finance Agency lhaller@pkh.com,   dmaurer@pkh.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 6
```

*UNITED STATESBANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: James D. Civitello, Jr.
    Debtor(s)

Case No: 16–14703–amc
Chapter: 13

---

### NOTICE OF HEARING

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Court,

    on: 5/16/17

    at: 10:00 AM

    in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.

Dated: 3/30/17

For The Court

Timothy B. McGrath
Clerk of Court

30 – 20
Form 160