United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                            Case No. 16-14703-amc
James D. Civitello, Jr.                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: PaulP                   Page 1 of 1              Date Rcvd: Oct 10, 2017
                                Form ID: pdf900               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2017.
db             +James D. Civitello, Jr.,    118 Elderberry Drive,    Levittown, PA 19054-2705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2017 at the address(es) listed below:
          DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. Bank National Association (Trustee for the
           Pennsylvania Finance Agency, pursuant to a Trust indenture dated as of April 1, 1982)
           bkgroup@kmllawgroup.com
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
           ecfemails@ph13trustee.com
          JOHN M. KENNEY    on behalf of Debtor James D. Civitello, Jr. jken330@comcast.net,
           Kathy@jkenneylaw.com
          LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association as Trustee for The
           Pennsylvania Housing Finance Agency lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JAMES D. CIVITELLO, JR.      : Case No. 16-14703-amc
                                                       : Chapter 13

### ORDER

**AND NOW,** this 10th day of October, 2017, upon Motion of Debtor and for good cause shown, it is

**ORDERED** that the Motion for Approval of Administrative Expenses is **GRANTED**; and

**ORDERED** that counsel for the Debtor is awarded $1,800.00 as compensation for the firm's services in this case. The Trustee is authorized and directed to pay the amount of $1,800.00 to the said counsel and the Trustee is authorized and directed to pay this sum to counsel from the plan payments which he has received on the Debtor's account, made payable to John M. Kenney, Esquire.

BY THE COURT:

BY:_____
HONORABLE ASHELY M. CHAN